# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-01311 | | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 07/23/2020 |
| | | | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Hancock Whitney Bank DDA Account [T-Mobile] [balance as of 04/17/2020] DDA 0755 | $12,328.21 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 2  Hancock Whitney Bank DDA Account [Payroll] [balance as of 04/17/2020] DDA 0763 | $23,658.41 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 3  Hancock Whitney Bank DDA Account [Verizon] [balance as of 04/17/2020] DDA 0798 | $48,669.61 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 4  Hancock Whitney Bank DDA Account [Comcast] [balance as of 04/17/2020] DDA 0801 | $3,541.12 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 5  Hancock Whitney Bank DDA Account [Sprint] [balance as of 04/17/2020] DDA 0828 | $25,433.95 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 6  Hancock Whitney Bank DDA Account [US Cellular] [balance as of 04/17/2020] DDA 0836 | $1,115.23 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 7  Hancock Whitney Bank DDA Account [St. Michigan] [balance as of 04/17/2020] DDA 0844 | $57.36 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 8  Hancock Whitney Bank DDA Account [St. North Carolina] [balance as of 04/17/2020] DDA 0852 | $75.25 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 9  Hancock Whitney Bank DDA Account [Operating] [balance as of 04/17/2020] Checking 0860 | $352,980.02 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-01311 | | | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | | | §341(a) Meeting Date: | 07/23/2020 |
| | | | | | Claims Bar Date: | 08/26/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Hancock Whitney Bank DDA Account [Time Warner Cable Trust Account] [balance as of 04/17/2020] DDA 3688 | $6,590.15 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 11 | Hancock Whitney Bank DDA Account [Vonage Trust Account] [balance as of 04/17/2020] DDA 4005 | $4,565.03 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 12 | Hancock Whitney Bank DDA Account [EOS Trust Account] [balance as of 04/17/2020] DDA 3751 | $10.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 13 | Hancock Whitney Bank DDA Account [Diversified Consultants, Inc. Trust] [balance as of 04/17/2020] DDA 4262 | $8,327.36 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 14 | Hancock Whitney Bank DDA Account [Crescent Bank Account] [balance as of 04/17/2020] DDA 1293 | $1,226.07 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 15 | Hancock Whitney Bank DDA Account [Medicomm Account] [balance as of 04/17/2020] DDA 1307 | $7,407.32 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 16 | Hancock Whitney Bank DDA Account [JH Capital Account] [balance as of 04/17/2020] DDA 1498 | $3,139.72 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 17 | Hancock Whitney Bank DDA Account [Cincinnati Bell Account] [balance as of 04/17/2020] DDA 9311 | $10,575.60 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 18 | Hancock Whitney Bank DDA Account [Safetouch Security] [balance as of 04/17/2020] DDA 2021 | $2,022.24 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01311 | | Trustee Name: | Aaron R. Cohen |
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 07/23/2020 |
| | | | Claims Bar Date: | 08/26/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | U.S. Bank Oregon DDA Account [balance as of 04/17/2020] Checking 9132 | $1,637.93 | $0.00 | | $0.00 | FA |
| 20 | PNC Bank DDA Account [balance as of 04/17/2020] Operating 8101 | $1,189.30 | $0.00 | | $0.00 | FA |
| 21 | Hancock Whitney Bank DDA Account [AT&T] [balance as of 04/17/2020] Checking 0771 | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 22 | Hancock Whitney Bank DDA Account [Jefferson Capital Trust] [balance as of 04/17/2020] Checking 3378 | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Hancock Whitney Bank DDA Account [DCI NCA Trust] [balance as of 04/17/2020] Checking 4203 | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Wells Fargo Checking Account [balance as of 04/17/2020] Checking 3796 | $500.00 | $500.00 | | $500.00 | FA |
| 25 | 11a. 90 days old or less: 2,957,323.53 - 0.00 face amount doubtful or uncollectible accounts | $2,957,323.53 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 26 | Over 90 days old: 400,056.22 - 0.00 face amount doubtful or uncollectible accounts | $400,056.22 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 27 | Office furniture Furniture, fixtures and equipment as described on the attached listing [net book value] $950,987.31 | $950,987.31 | $0.00 | | $0.00 | FA |
| 28 | Office fixtures 41. Office equipment, including all computer equipment and communication systems equipment and software Latitude, system of record $0.00 Unknown | Unknown | $0.00 | | $0.00 | FA |
| 29 | Computer hardware and software as described on the attached listing [net book value] $1,759,364.94 | $1,759,364.94 | $0.00 | | $0.00 | FA |
| 30 | Interests in insurance policies or annuities Package Policy No. 39UUNBH2393 through Hartford Fire Insurance Company including property, general liability, and employee benefits liability [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 20-01311 | | | Trustee Name: | | Aaron R. Cohen |
|---|---|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | | Date Filed (f) or Converted (c): | | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | | 07/23/2020 |
| | | | | Claims Bar Date: | | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31 Business Automobile Policy No. 39UUNBH8049 through Hartford Fire Insurance Company [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 32 Umbrella Liability Policy No. 39XHUHN3179 through Hartford Fire Insurance Company [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 33 Worker's Compensation Policy No. 39WBAB4UPN through Twin City Fire Insurance Company (Hartford) [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 34 Professional Liability (E&O) Policy No. 004040300 through Ironshore Insurance Services, LLC [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 35 Crime / Fidelity / Employee Theft Policy No. 004039100 through Ironshore Specialty Insurance Company [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 36 Network Security and Privacy Liability (Cyber) Policy | $0.00 | $577.01 | | $577.01 | FA |
| 37 Management Liability Policy No. MPL.0525453.00 through Zurich American Insurance Company including employee practices liability (EPL), directors' & officers' liability (D&O) and fiduciary liability [04/25/2019 - 04/25/2020] | $0.00 | $0.00 | | $0.00 | FA |
| 38 Leasehold improvements and Construction in Progress [net book value] | $1,274,738.54 | $0.00 | | $0.00 | FA |
| 39 Certificate of Deposit with Hancock Whitney Bank ending in 3825 (secured by Letter of credit in favor of Travelers Casualty & Surety Company of America) (u) | $256,656.02 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Abandoned per Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68 | | | | | |
| 40 Carve-out of $30,000 in exchange for release of Hancock Whitney Bank accounts (Used UTC 1129 because HW Bank accounts are scheduled) (u) | Unknown | $30,000.00 | | $30,000.00 | FA |
| Asset Notes: See Motion to Approve Settlement Agreement with Hancock Whitney Bank and Abandon Certain Collateral, D.E. 68, for terms | | | | | |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-01311 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 07/23/2020 |
| | | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 41  Sprint / United Management Company receivable balance (u) | Unknown | $63,200.38 | | $975,249.28 | FA |
| 42  Mediacom Communications Corp. account receivable (u) | Unknown | $2,839.04 | | $28,390.37 | FA |
| 43  Refund owed to Debtor by Thames Markey & Heekin, PA for duplicate payment (u) | $13,057.00 | $13,057.00 | | $13,057.00 | FA |
| 44  Preferential payment claim against Olenn & Penza, LLP (u) | Unknown | $5,500.00 | | $5,500.00 | FA |
| Asset Notes:  See Motion to Approve Settlement Agreement with Olenn & Penza, LLP, D.E. 111 | | | | | |
| 45  Preferential payment claim against E-Oscar-Web (u) | Unknown | $6,725.00 | | $6,725.00 | FA |
| Asset Notes:  See Motion to Approve Settlement Agreement with E-Oscar-Web, D.E. 112 | | | | | |
| 46  Preferential payment claim against S. Mark Hand & Associates, P.A. (u) | Unknown | $15,592.16 | | $15,592.16 | FA |
| Asset Notes:  See Motion to Approve Settlement Agreement with S. Mark Hand & Associates, P.A., D.E. 113 | | | | | |
| 47  Potential preferential payment claim against CBCInnovis, Inc. (u) | Unknown | $0.00 | | $0.00 | FA |
| 48  15% of the undrawn amount of the Letter of Credit (u) | Unknown | $25,000.00 | | $25,000.00 | FA |
| Asset Notes:  See Trustee's Motion to Approve Compromise with Travelers Casualty and Surety Company of America and Hancock Whitney Bank, D.E. 114 | | | | | |
| 49  CLAIMS AGAINST CHARLOTTE L. ZEHNDER AND HANCOCK WHITNEY BANK (u) | Unknown | $7,500.00 | | $15,000.00 | FA |
| Asset Notes:  See Motion for Approval of Settlement Agreement with Charlotte L. Zehnder and Hancock Whitney Bank, D.E. 131 | | | | | |
| 50  CHARTER COMMUNICATIONS RECEIVABLE (u) | Unknown | $277,105.50 | | $554,211.00 | FA |
| 51  IRS REFUND, POSSIBLY FOR 940 TAXES (u) | Unknown | $1,102.95 | | $1,102.95 | FA |
| **TOTALS (Excluding unknown value)** | **$8,127,233.44** | **$448,699.04** | | **$1,670,904.77** | **Gross Value of Remaining Asset** **$0.00** |

**Major Activities affecting case closing:**

03/10/2022    RECEIVED ACKNOWLEDGMENT LETTER FROM IRS RE PROMPT DETERMINATION REQUEST

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01311 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 07/23/2020 |
| | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/25/2022   OBJECTION TO CLAIM 33-1, D.E. 195;   3/23/22 RECEIVED RESPONSE FROM CLAIMANT IN THE MAIL - DOESNT APPEAR ON DOCKET YET

3/24/2022  MOTION TO STRIKE RESPONSE TO OBJECTION TO CLAIM 33, D.E. 202

02/21/2022   AMENDED APPLICATION FOR COMPENSATION FOR STEVE VANDERWILT, D.E. 188

AMENDED TAX RETURN FILED

PROMPT DETERMINATION REQUEST SENT

02/21/2022   TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH IRON MOUNTAIN INFORMATION MANAGEMENT LLC, D.E. 187 - IRON MOUNTAIN WILL WAIVE THE ACCRUED STORAGE CHARGES IN THE APPROXIMATE AMOUNT OF $10,000 IN EXCHANGE FOR PAYMENT OF COST OF DESTRUCTION OF RECORDS IN THE AMOUNT OF $9,737.28; THE TRUSTEE SHALL PAY IRON MOUNTAIN $9,737.28 WITHIN 14 DAYS OF ENTRY OF ORDER APPROVING COMPROMISE

ORDER APPROVING COMPROMISE, D.E. 197

02/01/2022   OBJECTION TO CLAIM 50-1, D.E. 186; ORDER, D.E. 196
01/03/2022   RECEIVED PROMPT DETERMINATION ACKNOWLEDGEMENT LETTER
12/28/2021   NOTICE OF ABANDONMENT OF HARDCOPY RECORDS STORED WITH IRON MOUNTAIN, D.E. 163

**SUBTOTALS**       $0.00        $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01311 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 07/23/2020 |
| | | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/16/2021   OBJECTION TO CLAIM 3-1, D.E. 149; ORDER DISALLOWING CLAIM, D.E. 171

OBJECTION TO CLAIM 8-1, D.E. 150; WITHDRAWAL OF OBJECTION, D.E. 169 (CREDITOR FILED AMENDED CLAIM 8-2)

OBJECTION TO CLAIM 12-1, D.E. 151; CREDITOR FILED RESPONSE, D.E. 164; CONSENT ORDER DISALLOWING CLAIM, D.E. 189

OBJECTION TO CLAIM 13-1, D.E. 152; CREDITOR FILED RESPONSE, D.E. 166; CONSENT ORDER DISALLOWING CLAIM, D.E. 190

OBJECTION TO CLAIM 14-1, D.E. 153; CREDITOR FILED RESPONSE, D.E. 168; CONSENT ORDER DISALLOWING CLAIM, D.E. 191

OBJECTION TO CLAIM 15-1, D.E. 154; CREDITOR FILED RESPONSE, D.E. 167; CONSENT ORDER DISALLOWING CLAIM, D.E. 192

OBJECTION TO CLAIM 16-1, D.E. 155; CREDITOR FILED RESPONSE, D.E. 165; CONSENT ORDER DISALLOWING CLAIM, D.E. 193

OBJECTION TO CLAIM 34-1, D.E. 156; ORDER DISALLOWING CLAIM, D.E. 172

OBJECTION TO CLAIM 35-1, D.E. 157; ORDER DISALLOWING CLAIM, D.E. 173

OBJECTION TO CLAIM 36-1, D.E. 158; ORDER DISALLOWING CLAIM, D.E. 174

OBJECTION TO CLAIM 37-1, D.E. 159; ORDER DISALLOWING CLAIM, D.E. 175

OBJECTION TO CLAIM 48-1, D.E. 160; ORDER DISALLOWING CLAIM, D.E. 176

OBJECTION TO CLAIM 49-1, D.E. 161; ORDER DISALLOWING CLAIM, D.E. 177

OBJECTION TO CLAIM 52-1, D.E. 162; ORDER DISALLOWING CLAIM, D.E. 170

11/22/2021   MOTION TO APPROVE COMPROMISE WITH CHARTER COMMUNICATIONS OPERATING, LLC AND HANCOCK WHITNEY BANK, D.E. 146 - WITHIN 14 DAYS OF ORDER APPROVING COMPROMISE CHARTER WILL PAY $554,211.00 TO THE TRUSTEE, TRUSTEE SHALL RETAIN 50% PER THE HANCOCK COMPROMISE, WITHIN 7 DAYS OF RECEIPT OF CHARTER RECEIVABLE THE TRUSTEE WILL DISBURSE THE REMAINING 50% TO HANCOCK

ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH CHARTER COMMUNICATIONS, D.E. 147

11/01/2021   FINAL APPLICATION FOR COMPENSATION FILED BY JACOB A. BROWN, D.E. 140; THIS APPLICATION WAS WITHDRAWN 11/5/21, D.E. 145

APPLICATION FOR COMPENSATION FILED BY STEVEN VANDERWILT, D.E. 138

08/05/2021   ESTATE TAX RETURNS FILED FOR 2020 AND 2021 WITH PROMPT DETERMINATION REQUEST; K-1'S FOR 2020 AND 2021 MAILED TO SHAREHOLDERS

| | | | SUBTOTALS | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01311 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 07/23/2020 |
| | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 07/15/2021 | FIRST APPLICATON FILED BY JACOB BROWN FOR INTERIM ALLOWANCE OF ADMINISTRATIVE FEES AND EXPENSES, D.E. 135;  ORDER GRANTING APPLICATION FOR INTERIM COMPENSATION FOR JACOB BROWN, D.E. 136 |
| 06/30/2021 | OBJECTION TO CLAIM 1-1, D.E. 133; OBJECTION WITHDRAWN, D.E. 139 |
| 06/01/2021 | MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CHARLOTTE L. ZEHNDER AND HANCOCK WHITNEY BANK, D.E. 131 - TRUSTEE, MS. ZEHNDER, AND HWB AGREE TO SETTLE CLAIMS RELATED TO HWB CLAIMS, 90 DAY TRANSFER, SALARY/BENEFIT TRANSFERS, AND ANY OTHER CLAIMS THE TRUSTEE OR HWB COULD ASSERT AGAINST MS. ZEHNDER AS FOLLOWS:<br>1)WITHIN 10 DAYS OF ORDER APPROVING COMPROMISE BECOMING FINAL AND NON-APPEALABLE, MS. ZEHNDER SHALL PAY TRUSTEE $15,000<br>2)WITHIN 10 DAYS OF SETTLEMENT PAYMENT CLEARING ESTATE'S ACCOUNT, TRUSTEE SHALL PAY $7,500 TO HWB<br>3)WITHIN 14 DAYS OF RECEIPT OF ITS PAYMENT, HWB WILL DISMISS MS. ZEHNDER AS A PARTY TO THE STATE COURT ACTION<br><br>ORDER APPROVING COMPROMISE, D.E. 132<br><br>REPORT OF FUNDS RECEIVED, D.E. 141 |
| 03/05/2021 | MOTION TO COMPROMISE WITH TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA AND HANCOCK WHITNEY BANK AND ENJOIN CLAIMS TO CERTAIN SURETY BONDS, D.E. 114 -<br><br>TRUSTEE, TRAVELERS, AND HANCOCK HAVE AGREEED TO A COMPROMISE RE THE CD WHEREIN UPON ORDER GRANTING THIS COMPROMISE, TRAVELERS SHALL RELEASE THE LOC TO HANCOCK AND TRAVELERS SHALL NO LONGER BE ABLE TO MAKE DRAWS ON THE LOC; UPON RELEASE OF THE LOC BY TRAVELERS, HANCOCK SHALL PAY TO THE TRUSTEE THE GREATER OF 15% OF THE UNDRAWN AMOUNT OF THE LOC ON THE DAY AN ORDER GRANTING THIS MOTION IS ENTERED UP TO A MAXIMUM OF $25,000<br><br>ORDER GRANTING MOTION TO APPROVE COMPROMISE AND ENJOIN CLAIMS TO CERTAIN SURETY BONDS, D.E. 129<br><br>REPORT OF FUNDS RECEIVED, D.E. 143 |
| 02/23/2021 | MOTION TO APPROVE SETTLEMENT AGREEMENT WITH E-OSCAR-WEBB ("EOW"), D.E. 112 - DEBTOR PAID $45,000 TO EOW WITHIN 90 DAYS PRIOR TO PETITION DATE, EOW ASSERTS NEW VALUE DEFENSES, ESTATE AND EOW HAVE AGREED TO SETTLE THE POTENTIAL PREFERENTIAL PAYMENT CLAIM FOR $6,725.00 PAYABLE WITHIN 5 DAYS OF AN ORDER APPROVING SETTLEMENT BECOMING FINAL; EOW SHALL HAVE AN ALLOWED GENERAL UNSECURED CLAIM IN THE AMOUNT OF $6,725.00 AND SHALL FILE THE POC<br><br>ORDER APPROVING COMPROMISE, D.E. 121<br><br>REPORT OF FUNDS RECEIVED, D.E. 121 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **SUBTOTALS** | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-01311 | | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 07/23/2020 |
| | | | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/16/2021    MOTION TO APPROVE SETTLEMENT AGREEMENT WITH OLENN & PENZA, LLP ("O&P"), D.E. 111 - DEBTOR PAID O&P $10,501.90 WITHIN 90 DAYS PRIOR TO FILING; O&P RAISES ORDINARY COURSE OF BUSINESS, NEW VALUE, AND OTHER DEFENSES; THE ESTATE AND O&P AGREE TO SETTLE THE POTENTIAL PREFERENTIAL PAYMENT CLAIM FOR $5,500.00 PAYABLE WITHIN 5 DAYS OF AN ORDER APPROVING THE SETTLEMENT BECOMING FINAL AND NON-APPEALABLE; O&P SHALL HAVE AN ALLOWED GENERAL UNSECURED CLAIM IN THE AMOUNT OF $5,500.00 AND SHALL FILE THE POC ON OR BEFORE 3/31/21

ORDER GRANTING MOTION TO APPROVE COMPROMISE, D.E. 117

REPORT OF FUNDS RECEIVED, D.E. 119

02/13/2021    COMPLAINT FILED AGAINST S. MARK HAND & ASSOCIATES, ADV 21-13

3/3 MOTION TO APPROVE SETTLEMENT AGREEMENT WITH S. MARK HAND & ASSOCIATES, P.A. ("HAND") , D.E. 113 - DEBTOR PAID HAND $15,592.14 PRIOR TO PETITION DATE, TRUSTEE FILED ADVERSARY 21-13 TO RECOVER AVOIDABLE TRANSFERS, HAND AND ESTATE AGREE TO SETTLE CLAIMS RELATED TO THE AVOIDABLE TRANSFERS FOR $15,592.14, ESTATE WILL DISMISS THE ADVERSARY PROCEEDING UPON RECEIPT OF THE SETTLEMENT PAYMENT

ORDER APPROVING COMPROMISE, D.E. 124

REPORT OF FUNDS RECEIVED, D.E. 123

12/04/2020    APPLICATION TO EMPLOY STEVE VANDERWILT AS ACCOUNTANT, D.E. 108; ORDER, D.E. 109

09/21/2020    MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH SPRINT / UNITED MANAGEMENT COMPANY, D.E. 95 -

AMOUNT OWED BY SPRINT TO THE DEBTOR IS $1,211,400.77;
AMOUNT OWED BY THE DEBTOR TO SPRINT IS $236,151.49;
SPRINT SHALL OFFSET THE AMOUNT OWED BY SPRINT AND PAY THE ESTATE $975,249.28;
SPRINT SHALL PAY THE FINAL RECEIVABLE BALANCE TO THE TRUSTEE WITHIN 14 DAYS OF ENTRY OF AN ORDER APPROVING COMPROMISE;
PER THE HANCOCK WHITNEY BANK COMPROMISE, THE TRUSTEE SHALL RETAIN $63,200.38 FOR THE BANKRUPTCY ESTATE;
WITHIN 14 DAYS OF RECEIPT OF THE FUNDS FROM SPRINT, THE TRUSTEE SHALL DISBURSE $10,000 TO REMKIN;
WITHIN 14 DAYS OF RECEIPT OF THE FUNDS FROM SPRINT, THE TRUSTEE SHALL DISBURSE THE REMAINING BALANCE OF THE SPRINT RECEIVABLE OF $902,049.90 TO HANCOCK WHITNEY BANK

ORDER GRANTING MOTION TO APPROVE COMPROMISE, D.E. 101

REPORT OF FUNDS RECEIVED, D.E. 142

**SUBTOTALS**     $0.00     $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-01311 | Trustee Name: | Aaron R. Cohen |
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 07/23/2020 |
| | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

09/17/2020  TRUSTEE'S MOTION FOR RECONSIDERATION OF ORDER GRANTING RELIEF FROM STAY, D.E. 92 (RE DAVID THACKER'S ORDER, D.E. 86)

MOTION TO STAY ORDER GRANTING MOTION TO APPROVE COMPROMISE FILED BY CREDITOR DAVID THACKER, D.E. 97

ORDER GRANTING TRUSTEE'S MOTION FOR RECONSIDERATION OF ORDER GRANTING RELIEF FROM STAY AND VACATING ORDER GRANTING RELIEF FROM STAY, D.E. 106 - (SALIENT STIPULATIONS) -
1) ORDER GRANTING RELIEF FROM STAY TO THACKER (DE 86) IS VACATED
2) THACKER'S PROOF OF CLAIM NUMBER 50 SHALL BE TREATED AS TIMELY FILED WITHOUT PREJUDICE TO THE TRUSTEE'S RIGHTS TO OBJECT TO THE CLAIM ON GROUNDS OTHER THAN TIMELINESS

08/24/2020  APPLICATION TO EMPLOY MELISSA WILLIAMS, D.E. 70

ORDER EMPLOYING MELISSA WILLIAMS TO PROVIDE DATA RESEARCH SERVICES, D.E. 71 -
TRUSTEE IS AUTHORIZED TO EMPLOY MELISSA WILLIAMS TO PROVIDE DATA RESEARCH SERVICES TO THE BANKRUPTCY ESTATE AND TO ASSIST THE TRUSTEE WITH EVALUATING PREFERENCE CLAIMS, ESTABLISHING RECEIVABLE BALANCES, CLAIMS ANALYSIS, AND OTHER RELATED SERVICES;

THE TRUSTEE IS AUTHORZED TO COMPENSATE MS. WILLIAMS AT A RATE OF $30.00 PER HOUR FOR UP TO $2,000.00 TOTAL WITHOUT FURTHER APPLICATION OR ORDER OF THE COURT

**SUBTOTALS**  $0.00  $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 11

| Case No.: | 20-01311 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | Date Filed (f) or Converted (c): | 06/17/2020 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 07/23/2020 |
| | | Claims Bar Date: | 08/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/13/2020    MOTION FOR ORDER LIMITING NOTICE AND ESTABLISHING NOTICING PROCEDURES, D.E. 67; ORDER GRANTING MOTION TO LIMIT NOTICE AND ESTABLISHING NOTICING PROCEDURES, D.E. 89

MOTION TO APPROVE SETTLEMENT AGREEMENT WITH HANCOCK WHITNEY BANK AND ABANDON CERTAIN COLLATERAL, ENJOIN CLAIMS TO CERTAIN COLLATERAL, AND ENJOIN FDCPA/TCPA CLAIMS, D.E. 68 -

UPON ENTRY OF AN ORDER APPROVING COMPROMISE, THE REMAINING COLLATERAL SHALL BE ABANDONED TO HANCOCK AND HANCOCK SHALL BE FREE TO EXERCISE ITS RIGHTS AND REMEDIES;

WITHIN 10 DAYS OF ENTRY OF ORDER HANCOCK WILL SEND PAYMENT OF $30,000 FROM THE BANK ACCOUNT TO THE TRUSTEE;

TRUSTEE SHALL RETAIN THE ABILITY TO COLLECT ANY OUTSTANDING ACCOUNTS RECEIVABLE OF THE DEBTOR, WHICH WILL BE SPLIT WITH HANCOCK 50/50 (THE SPRINT BALANCE AND ALL A/R COLLECTED PRIOR TO THE ENTRY OF ORDER APPROVING COMPROMISE DON'T QUALIFY NOR DO PAYMENTS COLLECTED ON BEHALF OF DEBTOR'S PRIOR CUSTOMERS FROM CONSUMERS AND OTHER PERSONS WHICH THE TRUSTEE INTENDS TO ABANDON);

ACCORDING TO THE DEBTOR'S BOOKS AND RECORDS, SPRINT / UNITED MANAGEMENT COMPANY OWES THE DEBTOR $1,177,035.30 IN ACCOUNTS RECEIVABLE AND SPRINT OWES THE DEBTOR $1,085,000.00; TRUSTEE SHALL RECEIVED THE GREATER OF $10,000.00 OR 50% OF THE AMOUNT COLLECTED ABOVE THE SPRING BALANCE WITH HANCOCK BANK RETAINING THE FULL BALANCE OF THE AMOUNT COLLECTED FOR THE SPRINT RECEIVABLE;

TRUSTEE WILL REMIT 90% OF THE MEDIACOMM FUNDS TO HANCOCK WITHIN TEN DAYS OF FUNDS CLEARING THE BANK;

WITHIN 30 DAYS OF RECEIPT OF THE FUNDS HANCOCK WILL AMEND ITS CLAIM TO REFLECT APPLICABLE OF THE FUNDS RECEIVED AND TO REFLECT THE CLAIM IS PARTIALLY SECURED AND PARTIALLY UNSECURED;

ANY PROCEEDS RECEIVED FROM FRAUDULENT OR PREFERENTIAL PAYMENT CLAIMS ARE PROPERTY OF THE BANKRUPTCY ESTATE

ORDER GRANTING MOTION TO APPROVE COMPROMISE, D.E. 90

REPORT OF FUNDS RECEIVED RE CARVE-OUT ON H.W. BANK ACCOUNTS, D.E. 120

07/07/2020    APPLICATION TO EMPLOY JACOB A. BROWN AS ATTORNEY FOR THE ESTATE NUNC PRO TUNC FROM 7/6/20, D.E. 58; ORDER, D.E. 59

| Initial Projected Date Of Final Report (TFR): | 06/15/2021 | Current Projected Date Of Final Report (TFR): | 06/01/2022 | /s/ AARON R. COHEN |
|---|---|---|---|---|
| | | | | AARON R. COHEN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 20-01311 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2615 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2020 | | MEDIACOM COMMUNICATIONS CORP | Account receivable; Estate is entitled to 10% and will remit 90% to Hancock Whitney Bank per Motion to Approve Settlement Agreement with Hancock Whitney Bank, D.E. 68 | * | $7,060.25 | | $7,060.25 |
| | {42} | | 90% portion belonging to Hancock    $6,354.22 Whitney Bank per MAC, D.E. 68 | 1280-002 | | | $7,060.25 |
| | {42} | | Estate's portion of Mediacomm funds    $706.03 | 1221-000 | | | $7,060.25 |
| 09/11/2020 | 3001 | Melissa Williams | Payment for data research services performed | 3991-000 | | $168.00 | $6,892.25 |
| 09/14/2020 | 3001 | STOP PAYMENT: Melissa Williams | Payment for data research services performed | 3991-004 | | ($168.00) | $7,060.25 |
| 09/14/2020 | 3002 | Melissa Williams | 9/8/20 Timesheet, 4.6 hours @ $30/hr; Payment for data research services performed paid per Order, D.E. 71 | 3991-000 | | $138.00 | $6,922.25 |
| 09/18/2020 | 3003 | Hancock Whitney Bank | 90% of Mediacomm funds remitted per Motion to Approve Compromise, D.E. 68 | 8500-002 | | $6,354.22 | $568.03 |
| 09/22/2020 | | MEDIACOM COMMUNICATIONS CORP. | Account receivable; Estate is entitled to 10% and will remit 90% to Hancock Whitney Bank per Motion to Approve Settlement Agreement with Hancock Whitney Bank, D.E. 68 | * | $21,330.12 | | $21,898.15 |
| | {42} | | HANCOCK WHITNEY BANK'S    $19,197.11 90% PORTION | 1280-002 | | | $21,898.15 |
| | {42} | | ESTATE'S PORTION    $2,133.01 | 1221-000 | | | $21,898.15 |
| 10/16/2020 | (36) | RSC INSURANCE BROKERAGE INC. | RETURN PREMIUM FROM RSC INSURANCE BROKERAGE, INC. | 1129-000 | $577.01 | | $22,475.16 |

| | | | | SUBTOTALS | $28,967.38 | $6,492.22 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 20-01311 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2615 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | | SPRINT | SETTLEMENT, PAYMENT PER MOTION TO APPROVE COMPROMISE WITH SPRINT / UNITED MANAGEMENT COMPANY, D.E. 95 | * | $975,249.28 | | $997,724.44 |
| | {41} | | Estate's portion $63,200.38 | 1221-000 | | | $997,724.44 |
| | {41} | | Renkim Corporation's portion per MAC, D.E. 95 $10,000.00 | 1280-002 | | | $997,724.44 |
| | {41} | | Hancock Whitney's portion per MAC, D.E. 95 $902,048.90 | 1280-002 | | | $997,724.44 |
| 10/27/2020 | (40) | HANCOCK WHITNEY BANK | Settlement, Payment per Motion to Approve Settlement Agreement with Hancock Whitney Bank, D.E. 68 | 1129-000 | $30,000.00 | | $1,027,724.44 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $298.57 | $1,027,425.87 |
| 11/16/2020 | (43) | THAMES MARKEY & HEEKIN, PA | REFUND OF DUPLICATE PAYMENT FROM DEBTOR FOR ATTORNEY SERVICES PERFORMED | 1221-000 | $13,057.00 | | $1,040,482.87 |
| 11/16/2020 | 3004 | Melissa Williams | 11/9/20 Timesheet, 5.5 hours @ $30/hr; Payment for data research services performed paid per Order, D.E. 71 | 3991-000 | | $165.00 | $1,040,317.87 |
| 11/16/2020 | 3005 | Remkim Corporation | Funds paid to Remkim Corporation per Motion to Approve Compromise, D.E. 95 (VOIDED B/C PAYEE NAME MISSPELLED) | 8500-003 | | $10,000.00 | $1,030,317.87 |
| 11/16/2020 | 3006 | Hancock Whitney Bank | Funds paid to Hancock Whitney per MAC, D.E. 95 | 8500-002 | | $902,049.90 | $128,267.97 |
| 11/16/2020 | 3007 | Hancock Whitney Bank | 90% of Mediacomm payment to Hancock Whitney Bank per Motion to Approve Compromise, D.E. 68 | 8500-002 | | $19,197.11 | $109,070.86 |
| 11/17/2020 | 3005 | VOID: Remkim Corporation | (NAME MISSPELLED - VOIDED & REISSUED) | 8500-003 | | ($10,000.00) | $119,070.86 |
| 11/17/2020 | 3008 | Renkim Corporation | Funds paid to Renkim Corporation per Motion to Approve Compromise, D.E. 95 | 8500-002 | | $10,000.00 | $109,070.86 |
| 11/25/2020 | (24) | DIVERSIFIED CONSULTANTS | TURNOVER OF FUNDS IN WELLS FARGO ACCOUNT | 1129-000 | $500.00 | | $109,570.86 |
| 11/25/2020 | 3009 | FedEx | Remittance number 999971677040, account number 254228311 | 2990-000 | | $11.00 | $109,559.86 |

**SUBTOTALS** $1,018,806.28   $931,721.58

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 20-01311 | | Trustee Name: | Aaron R. Cohen |
| --- | --- | --- | --- | --- |
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2615 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,509.01 | $108,050.85 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $174.36 | $107,876.49 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $174.08 | $107,702.41 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $156.97 | $107,545.44 |
| 03/01/2021 | (46) | S. MARK HAND & ASSOCIATES, P.A. | PAYMENT IN FULL PER MOTION TO APPROVE SETTLEMENT AGREEMENT WITH S. MARK HAND & ASSOCIATES, P.A., D.E. 113 | 1241-000 | $15,592.16 | | $123,137.60 |
| 03/19/2021 | (44) | OLENN & PENZA, LLP | SETTLEMENT, PAYMENT IN FULL PER MOTION TO APPROVE SETTLEMENT AGREEMENT WITH OLENN & PENZA LLP, D.E. 111 | 1241-000 | $5,500.00 | | $128,637.60 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $200.80 | $128,436.80 |
| 04/02/2021 | (45) | ONLINE DATA EXCHANGE LLC | SETTLEMENT, PAYMENT IN FULL PER MOTION TO APPROVE COMPROMISE WITH E-OSCAR-WEBB, D.E. 112 | 1241-000 | $6,725.00 | | $135,161.80 |
| 04/28/2021 | (48) | DIVERSIFIED CONSULTANTS INC. | SETTLEMENT, PAYMENT IN FULL PER MOTION TO APPROVE COMPROMISE WITH TRAVELERS CASUALTY AND HANCOCK WHITNEY BANK, N.A.114 | 1229-000 | $25,000.00 | | $160,161.80 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $231.30 | $159,930.50 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $241.42 | $159,689.08 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $249.37 | $159,439.71 |
| 07/12/2021 | | C. L. ZEHNDER | SETTLEMENT PAYMENT IN FULL PER MOTION TO APPROVE COMPROMISE WITH CHARLOTTE ZEHNDER AND HANCOCK WHITNEY BANK, D.E. 131 | * | $15,000.00 | | $174,439.71 |
| | {49} | | ESTATE'S PORTION PER COMPROMISE    $7,500.00 | 1249-000 | | | $174,439.71 |
| | {49} | | HWB'S PORTION PER COMPROMISE    $7,500.00 | 1280-002 | | | $174,439.71 |

**SUBTOTALS** $67,817.16    $2,937.31

| Case No. | 20-01311 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2615 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2021 | 3010 | HANCOCK WHITNEY BANK | Funds owed to Hancock Whitney Bank per Order Granting Motion for Approval of Settlement Agreement with Charlotte Zehnder and Hancock Whitney Bank, D.E. 132 | 8500-002 | | $7,500.00 | $166,939.71 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $279.64 | $166,660.07 |
| 08/27/2021 | 3011 | JACOB BROWN | ATTORNEY FEES PAID PER ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE OF FEES, D.E. 136 | 3210-000 | | $57,749.50 | $108,910.57 |
| 08/27/2021 | 3012 | JACOB BROWN | ATTORNEY EXPENSES PAID PER ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE OF FEES, D.E. 136 | 3220-000 | | $660.28 | $108,250.29 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $260.26 | $107,990.03 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $168.64 | $107,821.39 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $168.37 | $107,653.02 |
| 12/22/2021 | | CHARTER COMMUNICATIONS | SETTLEMENT, PAYMENT IN FULL PER MOTION TO APPROVE COMPROMISE, D.E. 146 | * | $554,211.00 | | $661,864.02 |
| | {50} | | ESTATE'S PORTION                           $277,105.50 | 1221-000 | | | $661,864.02 |
| | {50} | | HANCOCK WHITNEY BANK'S              $277,105.50 PORTION | 1280-002 | | | $661,864.02 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $462.21 | $661,401.81 |
| 01/03/2022 | 3013 | Hancock Whitney Bank | Payment per Order Granting Motion to Approve Compromise with Charter Communications and Hancock Whitney Bank, D.E. 147 | 8500-002 | | $277,105.50 | $384,296.31 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $749.96 | $383,546.35 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $559.03 | $382,987.32 |
| 03/08/2022 | (51) | UNITED STATES TREASURY | TURNOVER OF TAX REFUND, MEMO SECTION INDICATES F-940 | 1224-000 | $1,102.95 | | $384,090.27 |
| 03/21/2022 | 3014 | Iron Mountain | Paid per Order Granting Trustee's Motion to Approve Compromise with Iron Mountain, D.E. 197 | 7100-000 | | $9,737.28 | $374,352.99 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $615.85 | $373,737.14 |
| | | | SUBTOTALS | | $555,313.95 | $356,016.52 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 20-01311 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2615 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $1,670,904.77 | $1,297,167.63 | $373,737.14 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $1,670,904.77 | $1,297,167.63 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $1,670,904.77 | $1,297,167.63 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $317,433.45 |
| Total Non-Compensable Receipts: | $284,605.50 |
| Total Comp/Non Comp Receipts: | $602,038.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,133.11 |
| Total Non-Compensable Disbursements: | $284,605.50 |
| Total Comp/Non Comp Disbursements: | $356,738.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/13/2020 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $448,699.04 |
| Total Non-Compensable Receipts: | $1,222,205.73 |
| Total Comp/Non Comp Receipts: | $1,670,904.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $74,960.90 |
| Total Non-Compensable Disbursements: | $1,222,206.73 |
| Total Comp/Non Comp Disbursements: | $1,297,167.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| | | |
|---|---|---|
| Case No. | 20-01311 | |
| Case Name: | DIVERSIFIED CONSULTANTS, INC. | |
| Primary Taxpayer ID #: | **-***2615 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2021 | |
| For Period Ending: | 03/31/2022 | |

| | |
|---|---|
| Trustee Name: | Aaron R. Cohen |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******1101 |
| Account Title: | dda |
| Blanket bond (per case limit): | $22,299,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,670,904.77 | $1,297,167.63 | $373,737.14 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $317,433.45 |
| Total Non-Compensable Receipts: | $284,605.50 |
| Total Comp/Non Comp Receipts: | $602,038.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,133.11 |
| Total Non-Compensable Disbursements: | $284,605.50 |
| Total Comp/Non Comp Disbursements: | $356,738.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/13/2020 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $448,699.04 |
| Total Non-Compensable Receipts: | $1,222,205.73 |
| Total Comp/Non Comp Receipts: | $1,670,904.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $74,960.90 |
| Total Non-Compensable Disbursements: | $1,222,206.73 |
| Total Comp/Non Comp Disbursements: | $1,297,167.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON R. COHEN

AARON R. COHEN